1  DANA A. SUNTAG (State Bar #125127)
2  JOSHUA J. STEVENS (State Bar #238105)
   HERUM\CRABTREE\SUNTAG
3  *A California Professional Corporation*
   5757 Pacific Avenue, Suite 222
4  Stockton, California  95207
   Telephone:  (209) 472-7700
5  dsuntag@herumcrabtree.com
   jstevens@herumcrabtree.com
6
   Attorneys for All Defendants
7

8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN SUTHERLAND, as mother of decedent; ERICA BELATTI, Guardian Ad Litem for S.S., son of decedent, and as successor in interest to the deceased; and D.S., daughter of decedent, and as successor in interest to the deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF STOCKTON; OFFICER RONALD ZALUNARDO, in his individual and official capacity; OFFICER JOHN AFANASIEV, in his individual and official capacity; CHIEF ERIC JONES, in his individual, and official capacity. <br><br> Defendants. | Case No.: 2:21-cv-01855-WBS-AC <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** <br><br> **[Local Rule 144(a)]** <br><br> **[No hearing required]** |

1

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

This Stipulation is respectfully submitted by all named parties: Plaintiffs Karen Sutherland, Erica Belatti (as Guardian Ad Litem on behalf of minor Plaintiffs S.S. and D.S.), and S.S. and D.S. as successors in interest to the decedent, on the one hand; and Defendants City of Stockton (the "City"), Chief of Police Eric Jones, Officer Ronald Zalunardo, and Officer John Afanasiev, on the other hand; all through their undersigned counsel of record.

### R E C I T A L S

A.  On October 4, 2021, Plaintiffs filed this lawsuit.

B.  On or about December 20, 2021, Plaintiffs served process on the City. On or about December 22, 2021, Plaintiff served process on Chief Jones and Officers Zalunardo and Afanasiev.

C.  Counsel for Defendants represent they need additional time to review the Complaint, determine the appropriate response(s), and prepare that response(s). Counsel for Defendants requested Plaintiffs' counsel grant them an extension of time to move, plead, or otherwise respond to the Complaint to February 18, 2022, and Plaintiffs' counsel is agreeable to that.

D.  This is the first stipulation for an extension of time to respond to the Complaint.

E.  An Initial Case Status Conference is scheduled in this matter for February 28, 2022. Given the requested extension to respond to the Complaint to February 18, 2022, the parties respectfully request that the Initial Case Status Conference be continued by approximately 60 to 90 days, to a date that is convenient for the Court. This will allow time for the pleadings to be set, so that the parties may prepare a more thorough joint status report and conduct a more productive conference.

### S T I P U L A T I O N

IT IS STIPULATED AND AGREED, by the parties, through their counsel of record, that Defendants have an extension of time, through and including February 18, 2022, to move, plead, or otherwise respond to the Complaint.



IT IS FURTHER STIPULATED AND AGREED that the Initial Case Status Conference in this matter currently scheduled for February 28, 2022 be continued for 60 to 90 days.

Dated: December 29, 2021

HERUM CRABTREE SUNTAG
*A California Professional Corporation*

By: /s/ Dana A. Suntag
DANA A. SUNTAG
Attorneys for all Defendants

Dated January 4, 2022

V. JAMES DESIMONE LAW

By: /s/ V. James DeSimone
V. JAMES DESIMONE
Attorneys for all Plaintiffs

# **O R D E R**

Defendants' time to move, plead, or otherwise respond to the Complaint is **EXTENDED**, through and including **February 18, 2022**.

The Initial Case Status Conference in this matter shall be continued from February 28, 2022 to **April 11, 2022, at 1:30 PM**. A Joint Status Report shall be filed no later than **March 28, 2022**, pursuant to the Court's Order re Status (Pretrial Scheduling) Conference filed 10/06/2021, (Docket No. 3).

IT IS SO ORDERED.

Dated: January 5, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT