DANA A. SUNTAG (State Bar #125127)
JOSHUA J. STEVENS (State Bar #238105)
HERUM\CRABTREE\SUNTAG
*A California Professional Corporation*
5757 Pacific Avenue, Suite 222
Stockton, California  95207
Telephone:  (209) 472-7700
dsuntag@herumcrabtree.com
jstevens@herumcrabtree.com

Attorneys for All Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN SUTHERLAND, as mother of decedent; ERICA BELATTI, Guardian Ad Litem for S.S., son of decedent, and as successor in interest to the deceased; and D.S., daughter of decedent, and as successor in interest to the deceased,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF STOCKTON; OFFICER RONALD ZALUNARDO, in his individual and official capacity; OFFICER JOHN AFANASIEV, in his individual and official capacity; CHIEF ERIC JONES, in his individual, and official capacity.<br><br>　　　　　Defendants. | Case No.: 2:21-cv-01855-WBS-AC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>**[Local Rule 144(a)]**<br><br>**[No hearing required]** |

1

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT

This Stipulation is respectfully submitted by all named parties: Plaintiffs Karen Sutherland, Erica Belatti (as Guardian Ad Litem on behalf of minor Plaintiffs S.S. and D.S.), and S.S. and D.S. as successors in interest to the decedent, on the one hand; and Defendants City of Stockton (the "City"), Chief of Police Eric Jones, Officer Ronald Zalunardo, and Officer John Afanasiev, on the other hand; all through their undersigned counsel of record.

R E C I T A L S

A. On October 4, 2021, Plaintiffs filed this lawsuit.

B. On March 8, 2022, Plaintiffs filed their First Amended Complaint ("FAC"), following a meet and confer by the parties regarding Defendants' intended motion to dismiss portions of the Complaint.

C. On April 5, 2022, the parties met and conferred again, regarding remaining issues with the FAC, in a further effort to avoid Defendants filing a motion to dismiss.

D. As a result of that meet and confer, the parties stipulated that Plaintiffs would file a Second Amended Complaint ("SAC"), in a further effort to avoid Defendants filing a motion to dismiss. On April 12, 2022, pursuant to the parties' stipulation, this Court ordered Plaintiffs to file their SAC by April 15, 2022, and gave Defendants 28 days from the date the SAC was filed to move, plead, or otherwise respond to the SAC. (ECF No. 20.) Plaintiffs filed their SAC on April 15, 2022. Defendants' response to the SAC is currently due on or before May 13, 2022.

E. Counsel for Defendants represent they need additional time to review the SAC, determine the appropriate response(s), and prepare that response(s). Counsel for Defendants requested Plaintiffs' counsel grant them a two week extension of time to move, plead, or otherwise respond to the SAC to May 27, 2022, and Plaintiffs' counsel is agreeable to that.

F. This is the first stipulation for an extension of time to respond to the SAC.



STIPULATION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT

# STIPULATION

IT IS STIPULATED AND AGREED, by the parties, through their counsel of record, that Defendants have an extension of time, through and including May 27, 2022, to move, plead, or otherwise respond to the SAC.

Dated: May 11, 2022  HERUM CRABTREE SUNTAG
*A California Professional Corporation*

By: */s/ Dana A. Suntag*
 DANA A. SUNTAG
 Attorneys for all Defendants

Dated: May 12, 2022  V. JAMES DESIMONE LAW

By: */s/ V. James DeSimone*
 V. JAMES DESIMONE
 Attorneys for all Plaintiffs

# O R D E R

**IT IS SO ORDERED.**

Defendants' time to move, plead, or otherwise respond to the Second Amended Complaint is extended, through and including May 27, 2022.

Dated: May 16, 2022  _____
 WILLIAM B. SHUBB
 UNITED STATES DISTRICT JUDGE