UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

KAREN SUTHERLAND, as mother
of decedent; ERICA BELATTI,
Guardian Ad Litem for S.S.,
son of decedent, and as a
successor in interest to the
deceased; and D.S. daughter
of decedent, and as a
successor in interest to the
deceased,

           Plaintiffs,

    v.

CITY OF STOCKTON; OFFICER
RONALD ZALUNARDO, in his
individual and official
capacity; OFFICER JOHN
AFANASIEV, in his individual
and official capacity; CHIEF
ERIC JONES, in his individual
and official capacity; and
DOES 1-5, inclusive,

           Defendants.

No.  2:21-cv-01855 WBS AC

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

After reviewing the parties' Joint Status Report, the

1

court hereby vacates the Status (Pretrial Scheduling) Conference scheduled for July 18, 2022, and makes the following findings and orders without needing to consult with the parties any further.

I.   SERVICE OF PROCESS

All named defendants have been served, and no further service is permitted without leave of court, good cause having been shown under Federal Rule of Civil Procedure 16(b).

II.   JOINDER OF PARTIES/AMENDMENTS

No further joinder of parties or amendments to pleadings will be permitted except with leave of court, good cause having been shown under Federal Rule of Civil Procedure 16(b).  See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604 (9th Cir. 1992).

III.  JURISDICTION/VENUE

Jurisdiction is predicated upon 28 U.S.C. §§ 1331 and 1343(a), because plaintiffs assert claims for violations of constitutional rights under 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 1367, the court has supplemental jurisdiction over plaintiffs' state law claims, which arise from the same course of conduct as plaintiffs' federal claims.  Venue is undisputed and hereby found to be proper.

IV.  DISCOVERY

The parties agree to serve the initial disclosures required by Federal Rule of Civil Procedure 26(a)(1) on or before July 18, 2022.

The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than September 22, 2023.  With regard to expert testimony

intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before October 20, 2023.

All discovery, including depositions for preservation of testimony, is left open, save and except that it shall be so conducted as to be completed by November 17, 2023.  The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relevant to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed.  All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court and so that such motions may be heard (and any resulting orders obeyed) not later than November 17, 2023.

V.   MOTION HEARING SCHEDULE

All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before January 16, 2024.  All motions shall be noticed for the next available hearing date.  Counsel are cautioned to refer to the local rules regarding the requirements for noticing and opposing such motions on the court's regularly scheduled law and motion calendar.[1]

VI.   FINAL PRETRIAL CONFERENCE

The Final Pretrial Conference is set for April 8, 2024,

---

[1]   The parties noted in their Joint Status Report that they stipulate to a briefing schedule for dispositive motions different than the one in the Local Rules.  The court does not address the stipulation at this time.  However, the parties can file any necessary stipulation when a motion is filed.

1    at 1:30 p.m. in Courtroom No. 5 or via videoconference.  The

2    Courtroom Deputy will notify the parties prior to the Conference

3    whether it will be held in person or via videoconference.  The

4    Conference shall be attended by at least one of the attorneys who

5    will conduct the trial for each of the parties and by any

6    unrepresented parties.

7         Counsel for all parties are to be fully prepared for

8    trial at the time of the Pretrial Conference, with no matters

9    remaining to be accomplished except production of witnesses for

10   oral testimony.  Counsel shall file separate pretrial statements,

11   and are referred to Local Rules 281 and 282 relating to the

12   contents of and time for filing those statements.  In addition to

13   those subjects listed in Local Rule 281(b), the parties are to

14   provide the court with: (1) a plain, concise statement which

15   identifies every non-discovery motion which has been made to the

16   court, and its resolution; (2) a list of the remaining claims as

17   against each defendant; and (3) the estimated number of trial

18   days.

19        In providing the plain, concise statements of

20   undisputed facts and disputed factual issues contemplated by

21   Local Rule 281(b)(3)-(4), the parties shall emphasize the claims

22   that remain at issue, and any remaining affirmatively pled

23   defenses thereto.  If the case is to be tried to a jury, the

24   parties shall also prepare a succinct statement of the case,

25   which is appropriate for the court to read to the jury.

26   VII. <u>TRIAL SETTING</u>

27        The jury trial is set for June 4, 2024 at 9:00 a.m.  The

28   parties estimate that the trial will last eight to ten days.

1    VIII.      SETTLEMENT CONFERENCE

2            A Settlement Conference with a magistrate judge will be

3    set at the time of the Pretrial Conference.  Counsel are

4    instructed to have a principal with full settlement authority

5    present at the Settlement Conference or to be fully authorized to

6    settle the matter on any terms.  At least seven calendar days

7    before the Settlement Conference counsel for each party shall

8    submit a confidential Settlement Conference Statement for review

9    by the settlement judge.  The Settlement Conference Statements

10   shall not be filed and will not otherwise be disclosed to the

11   trial judge.

12   IX.   MODIFICATIONS TO SCHEDULING ORDER

13           Any requests to modify the dates or terms of this

14   Scheduling Order, except requests to change the date of the

15   trial, may be heard and decided by the assigned Magistrate Judge.

16   All requests to change the trial date shall be heard and decided

17   only by the undersigned judge.

18           IT IS SO ORDERED.

19   Dated:  July 12, 2022

20                                         WILLIAM B. SHUBB
                                           UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28