**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN SUTHERLAND, as mother of decedent; ERICA RAE BELATTI, Guardian Ad Litem for S.A.S., JR., son of decedent, and as a successor in interest to the deceased; and D.J.S., daughter of decedent, and as a successor in interest to the deceased,<br><br>   Plaintiffs,<br><br>  vs.<br><br>CITY OF STOCKTON; OFFICER RONALD ZALUNARDO, in his individual capacity; OFFICER JOHN AFANASIEV, in his individual; CHIEF ERIC JONES, in his individual capacity; and DOES 1-5, inclusive.<br><br>   Defendants. | Case No.: 2:21-CV-01855-WBS-AC<br><br>**ORDER GRANTING THE PARTIES STIPULATION TO ALLOW PLAINTIFF LEAVE TO FILE A LATE BRIEF** |

Having reviewed the Parties' joint stipulation and good cause appearing, this Court GRANTS the Parties' request and orders the following modified briefing schedule:

1. Plaintiff's Opposition to be filed by November 30, 2022.
2. Defendants Reply to be filed by December 7, 2022.

Dated: November 28, 2022

          */s/ William B. Shubb*
          WILLIAM B. SHUBB
          UNITED STATES DISTRICT JUDGE