UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| KAREN SUTHERLAND, as mother of decedent; ERICA RAE BELATTI, Guardian Ad Litem for S.A.S., JR., son of decedent, and as a successor in interest to the deceased; and D.J.S., daughter of decedent, and as a successor in interest to the deceased,<br><br>            Plaintiffs,<br><br>     v.<br><br>CITY OF STOCKTON; OFFICER RONALD ZALUNARDO, in his individual capacity; OFFICER JOHN AFANASIEV, in his individual capacity; CHIEF ERIC JONES, in his individual capacity; and DOES 1-5, inclusive,<br><br>            Defendants. | No. 2:21-cv-01855 WBS AC<br><br>ORDER RE: DEFENDATS' MOTION TO MODIFY SCHEDULING ORDER AND CONTINUE TRIAL DATE |

----oo0oo----

Defendants have moved to modify the scheduling order and continue the trial currently set for June 4, 2024.[1]

---

[1] The court took this motion under submission on the

1

1  Defendants seek to continue trial because it conflicts with the
2  trial in another unrelated case, J.P. v. City of Stockton, et
3  al., No. 2:21-cv-00788 WBS AC, involving many of the same
4  defendants set for the same date also before this court.  (Mot.
5  at 3 (Docket No. 27).)  Given that the trial date is not for
6  approximately one and a half years, defendants' motion is
7  premature.  The court will consider any renewed motion at a time
8  closer to trial.
9         IT IS THEREFORE ORDERED that defendants' motion to
10 modify the scheduling order and continue trial (Docket No. 27)
11 be, and hereby is, DENIED without prejudice.
12 Dated:  December 5, 2022

*[Signature: William B. Shubb]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

papers, without oral argument, pursuant to Local Rule 230(g).

2