# UNITED STATES DISTRICT COURT

Eastern **District of** California

SUTHERLAND et al.,
                    Plaintiff (s),

V.

CITY OF STOCKTON et al.,
                    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:21-cv-01855-WBS-AC

Notice is hereby given that, subject to approval by the court, **John Afanasiev** substitutes **Herum\Crabtree\Suntag, LLP** (Name of New Attorney), State Bar No. N/A as counsel of record in place of **Herum\Crabtree\Suntag, a California Professional Corporation** (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Herum\Crabtree\Suntag, LLP |
| Address: | 5757 Pacific Ave., Ste. 222 |
| Telephone: | (209) 472-7700    Facsimile  N/A |
| E-Mail (Optional): | dsuntag@herumcrabtree.com; jstevens@herumcrabtree.com |

I consent to the above substitution.                   John Afanasiev
Date:  6/16/2023                                       /s/
                                                       (Signature of Party (s))

I consent to being substituted.                        Dana A. Suntag for Herum\Crabtree\Suntag, a CA Prof. Corp.
Date:  6/19/2023                                       /s/
                                                       (Signature of Former Attorney (s))

I consent to the above substitution.                   Dana A. Suntag for Herum\Crabtree\Suntag, LLP
Date:  6/19/2023                                       /s/
                                                       (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Dated:  June 21, 2023

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE