# UNITED STATES DISTRICT COURT

Eastern        **District of**    California

SUTHERLAND et al.,

     Plaintiff (s),

  V.

CITY OF STOCKTON et al.,

     Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:**  2:21-cv-01855-WBS-AC

Notice is hereby given that, subject to approval by the court,        City of Stockton        substitutes

      (Party (s) Name)

Herum\Crabtree\Suntag, LLP        , State Bar No.        N/A        as counsel of record in place

   (Name of New Attorney)

place of    Herum\Crabtree\Suntag, a California Professional Corporation        .

     (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

  Firm Name:        Herum\Crabtree\Suntag, LLP

  Address:        5757 Pacific Ave., Ste. 222

  Telephone:        (209) 472-7700        Facsimile  N/A

  E-Mail (Optional):    dsuntag@herumcrabtree.com; jstevens@herumcrabtree.com

I consent to the above substitution.        City of Stockton

Date:    5/22/2023        /s/

      (Signature of Party (s))

I consent to being substituted.        Dana A. Suntag for Herum\Crabtree\Suntag, a CA Prof. Corp.

Date:    6/19/2023        /s/

      (Signature of Former Attorney (s))

I consent to the above substitution.        Dana A. Suntag for Herum\Crabtree\Suntag, LLP

Date:    6/19/2023        /s/

      (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Dated:  June 21, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE