# UNITED STATES DISTRICT COURT

Eastern    **District of**    California

| | |
|---|---|
| SUTHERLAND et al.,<br>            Plaintiff (s), | **CONSENT ORDER GRANTING**<br>**SUBSTITUTION OF ATTORNEY** |

V.

CITY OF STOCKTON et al.,

            Defendant (s),

**CASE NUMBER:**    2:21-cv-01855-WBS-AC

Notice is hereby given that, subject to approval by the court,    Former Chief of Police Eric Jones    substitutes
(Party (s) Name)

Herum\Crabtree\Suntag, LLP    , State Bar No.    N/A    as counsel of record in
(Name of New Attorney)

place of    Herum\Crabtree\Suntag, a California Professional Corporation    .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:    Herum\Crabtree\Suntag, LLP

Address:    5757 Pacific Ave., Ste. 222

Telephone:    (209) 472-7700    Facsimile  N/A

E-Mail (Optional):    dsuntag@herumcrabtree.com; jstevens@herumcrabtree.com

I consent to the above substitution.    Former Chief of Police Eric Jones

Date:    6/5/2023    /s/
(Signature of Party (s))

I consent to being substituted.    Dana A. Suntag for Herum\Crabtree\Suntag, a CA Prof. Corp.

Date:    6/19/2023    /s/
(Signature of Former Attorney (s))

I consent to the above substitution.    Dana A. Suntag for Herum\Crabtree\Suntag, LLP

Date:    6/19/2023    /s/
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Dated:  June 21, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE