# UNITED STATES DISTRICT COURT

Eastern **District of** California

SUTHERLAND et al.,
Plaintiff (s),

V.

CITY OF STOCKTON et al.,
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:21-cv-01855-WBS-AC

Notice is hereby given that, subject to approval by the court, __Ronald Zalunardo__ substitutes
(Party (s) Name)

__Herum\Crabtree\Suntag, LLP__, State Bar No. __N/A__ as counsel of record in place
(Name of New Attorney)

place of __Herum\Crabtree\Suntag, a California Professional Corporation__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Herum\Crabtree\Suntag, LLP |
| Address: | 5757 Pacific Ave., Ste. 222 |
| Telephone: | (209) 472-7700    Facsimile  N/A |
| E-Mail (Optional): | dsuntag@herumcrabtree.com; jstevens@herumcrabtree.com |

I consent to the above substitution.                                    Ronald Zalunardo

Date:  6/15/2023                                                                 /s/
(Signature of Party (s))

I consent to being substituted.                        Dana A. Suntag for Herum\Crabtree\Suntag, a CA Prof. Corp.

Date:  6/19/2023                                                                 /s/
(Signature of Former Attorney (s))

I consent to the above substitution.                   Dana A. Suntag for Herum\Crabtree\Suntag, LLP

Date:  6/19/2023                                                                 /s/
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Dated:  June 21, 2023

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE