V. JAMES DESIMONE (SBN: 119668)
CARMEN D. SABATER (SBN: 303546)
JENICA P. LEONARD (SBN: 245366)
V. JAMES DESIMONE LAW
13160 Mindanao Way Ste. 280
Marina Del Rey, California 90292
Telephone (310) 693-5561
vjdesimone@gmail.com
cds820@gmail.com
jleonard@bohmlaw.com
VJD000095@bohmlaw.com

Attorneys for All Plaintiffs

DANA A. SUNTAG, (SBN: 125127)
JOSHUA J. STEVENS, (SBN: 238105)
HERUM\CRABTREE\SUNTAG, LLP
3757 Pacific Avenue, Suite 222
Stockton, California 95207
Telephone: (209) 472-7700
dsuntag@herumcrabtree.com
jstevens@herumcrabtree.com

Attorneys for All Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN SUTHERLAND, et al.<br><br>　　　　Plaintiffs,<br>　　vs.<br>CITY OF STOCKTON, et al.<br><br>　　　　Defendants. | Case No.: 2:21-cv-01855-WBS-AC<br><br>AMENDED STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER<br><br>[No hearing requested] |

1

AMENDED STIPULATION TO MODIFY SCHEDULING ORDER AND ORDER

1  All Plaintiffs and all Defendants, all through their undersigned counsel of record,
2  stipulate as follows:

## RECITALS

A.  On October 4, 2021, Plaintiffs filed this lawsuit. Plaintiffs are suing under 42 U.S.C. Section 1983 regarding the death of an individual.

B.  On July 12, 2022, the Court issued a "Status (Pretrial Scheduling) Order" (the "Scheduling Order"), scheduling a jury trial to begin on June 4, 2024. (ECF No. 26.)

C.  Counsel have been diligently engaged in discovery, including both party discovery and third-party subpoenas. However, as discovery and investigation progress, it has become evident the dates in the Scheduling Order will not afford the parties sufficient time to conduct the necessary investigation and discovery and other pretrial matters. Further, because of the number of depositions counsel wishes to conduct based on the results of discovery and investigation to date, the discovery cutoff date of November 17, 2023, will not allow them sufficient time to complete all the discovery necessary to prepare for trial. Moreover, both counsel's schedules are impacted by other matters; among other things, Plaintiffs' counsel is scheduled to begin two back to back jury trials commencing October 24, 2023, and Defendants' counsel is in the process of preparing for and taking approximately nine depositions both in this case and another death case pending in this Court through the first week of October 2023. Further, Defendants' counsel anticipates an additional 11 depositions in the two matters, all in October. Plaintiffs' counsel has at least one additional deposition in this matter they wish to take, as well.

D.  Therefore, the parties respectfully request a modification of the Scheduling Order to allow counsel a reasonable extension of time to conduct necessary discovery and other pretrial matters.

E.  In addition, in meeting and conferring on the need to modify the Scheduling Order, counsel discussed the possibility of conducting a mediation. The

requested modification would allow the parties to focus on mediation efforts, potentially facilitating settlement. The parties have met and conferred on extending the deadlines for discovery and expert disclosure and discovery and have agreed to a schedule which does not necessitate a continuance of the trial date.

F. When an act must be done within a specified time, the Court may, for good cause, extend the time with or without motion if the court acts, or a request is made, before the original time expires. Fed. R. Civ. P. 6(b)(1)(A). With respect to an order setting forth the Court's pretrial schedule, "[t]he district court may modify the pretrial schedule 'if it cannot be reasonably met despite the diligence of the party seeking the amendment.'" *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

G. There have been no prior modifications of the Scheduling Order.

## STIPULATION

The parties, by and through their undersigned counsel, respectfully request the Court modify the Scheduling Order as follows:

| Matter | Current Date | Proposed Date |
|---|---|---|
| Disclosure of Expert Witnesses | 9/22/2023 | 10/23/2023 |
| Disclosure of Rebuttal Expert Witnesses | 10/20/2023 | 11/20/2023 |
| Cutoff of All Discovery | 11/17/2023 | 12/18/2023 |
| Motion Filing Cutoff Date | 1/16/2024 | 2/6/2024 |
| Final Pretrial Conference | 4/8/2024 | No Change |
| Trial | 6/4/2024 | No Change |

3

AMENDED STIPULATION TO MODIFY SCHEDULING
ORDER AND ORDER

Based on the foregoing, the parties respectfully request that the Court grant this stipulation for a modification of the Scheduling Order.

Respectfully Submitted,

Dated: September 20, 2023                     HERUM CRABTREE SUNTAG, LLP

                                              By: /s/ Joshua J. Stevens
                                                  DANA A. SUNTAG
                                                  JOSHUA J. STEVENS
                                                  Attorneys for all Defendants

Dated September 20, 2023                      V. JAMES DESIMONE LAW

                                              By: /s/ V. James DeSimone
                                                  V. JAMES DESIMONE
                                                  JENICA P. LEONARD
                                                  Attorneys for all Plaintiffs

## ORDER

The Court, having considered the parties' stipulation, and good cause appearing, rules as follows:

The relief the parties request is GRANTED, and the Scheduling Order is modified as follows:

| Matter | Current Date | New Date |
|---|---|---|
| Disclosure of Expert Witnesses | 9/22/2023 | 10/23/2023 |
| Disclosure of Rebuttal Expert Witnesses | 10/20/2023 | 11/20/2023 |
| Cutoff of All Discovery | 11/17/2023 | 12/18/2023 |
| Motion Filing Cutoff Date | 1/16/2024 | 2/6/2024 |
| Final Pretrial Conference | 4/8/2024 | No Change |
| Trial | 6/4/2024 | No Change |

**IT IS SO ORDERED.**

Dated: September 22, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE