V. JAMES DESIMONE (SBN: 119668)
CARMEN D. SABATER (SBN: 303546)
RYANN E. HALL (SBN: 306080)
JENICA P. LEONARD (SBN: 245366)
V. JAMES DESIMONE LAW
13160 Mindanao Way Ste. 280
Marina Del Rey, California 90292
Telephone (310) 693-5561
vjdesimone@gmail.com
cds820@gmail.com
rhall@bohmlaw.com
jleonard@bohmlaw.com
VJD000095@bohmlaw.com

Attorneys for All Plaintiffs

DANA A. SUNTAG, (SBN: 125127)
JOSHUA J. STEVENS, (SBN: 238105)
HERUM\CRABTREE\SUNTAG, LLP
3757 Pacific Avenue, Suite 222
Stockton, California 95207
Telephone: (209) 472-7700
dsuntag@herumcrabtree.com
jstevens@herumcrabtree.com

Attorneys for All Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN SUTHERLAND, et al.<br><br>Plaintiffs,<br>vs.<br><br>CITY OF STOCKTON, et al.<br><br>Defendants. | Case No.: 2:21-cv-01855-WBS-AC<br><br>STIPULATION THAT PLAINTIFFS WILL NOT USE ANY TESTIMONY FROM PLAINTIFFS S.A.S., JR., OR D.J.S.;<br>ORDER |

1

STIPULATION RE TESTIMONY OF PLAINTIFFS S.A.S., JR., AND D.J.S.

All Plaintiffs and All Defendants, all through their undersigned counsel of record, stipulate as follows:

RECITALS

A.  On October 4, 2021, Plaintiffs filed this lawsuit. Plaintiffs are suing under 42 U.S.C. Section 1983 regarding the death of Shayne Allen Sutherland ("Decedent").

B.  Plaintiffs S.A.S., JR., and D.J.S. are two of the Plaintiffs; each is a minor child of the Decedent (aged 8 and 6, respectively), represented through their mother, Guardian Ad Litem Erica Belatti (the "Minors").

C.  On August 7, 2023, Defendants' counsel noticed the Minors' depositions for September 28, 2023.

D.  On September 5, 2023, counsel for the parties met and conferred about the Minors' depositions. As a result of the meet and confer, counsel agreed as follows: (i) neither of the Minors will testify and Plaintiffs will not offer any testimony from either of the Minors, and (ii) in exchange, Defendants have canceled the scheduled depositions of the Minors.

E.  The parties enter into this stipulation to formally document this agreement and to obtain a Court order as to it.

STIPULATION

1.  Plaintiffs will not offer any testimony from either of the Minors and neither of the Minors will testify in this case, whether verbally or through a declaration, at trial, or in connection with any motion.

2.  Defendants will depose Erica Belatti, the Minors' GAL, whom Plaintiffs and their counsel have agreed to produce for deposition without the need for Defendants to serve her with a deposition subpoena. If Defendants or their counsel determine there is information necessary to Defendants' case that needs to be obtained from the Minors, counsel will meet and confer in good faith about such need, and will work to craft reasonable safeguards for deposing the Minors, such as the possibility of limiting the

2

STIPULATION RE TESTIMONY OF PLAINTIFFS S.A.S., JR., AND D.J.S.

length of their depositions, breaking their depositions up over the course of multiple days, and choosing a comfortable location for their depositions and/or taking their depositions through remote means.

| | |
|---|---|
| Dated: November 6, 2023 | HERUM CRABTREE SUNTAG, LLP |
| | By: __/s/ Joshua J. Stevens__<br>DANA A. SUNTAG<br>JOSHUA J. STEVENS<br>Attorneys for all Defendants |
| Dated November 6, 2023 | V. JAMES DESIMONE LAW |
| | By: __/s/ V. James DeSimone__<br>V. JAMES DESIMONE<br>RYANN E. HALL<br>JENICA P. LEONARD<br>Attorneys for all Plaintiffs |

## ORDER

The Court, having considered the stipulation, and finding good cause, rules as follows:

1. Plaintiffs shall not offer any testimony from either of the Minors and neither of the Minors will testify in this case, whether verbally or through a declaration, at trial, or in connection with any motion.

2. Defendants will not take the depositions of the Minor Plaintiffs absent a good faith need to do so, and will meet and confer with Plaintiffs' counsel before noticing any depositions of the Minors and will work together to craft appropriate safeguards for deposing the Minors.

**IT IS SO ORDERED.**

Dated: November 7, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION RE TESTIMONY OF PLAINTIFFS S.A.S., JR., AND D.J.S.