1 | V. JAMES DESIMONE (SBN: 119668)
CARMEN D. SABATER (SBN: 303546)
2 | RYANN E. HALL (SBN: 306080)
JENICA P. LEONARD (SBN: 245366)
3 | V. JAMES DESIMONE LAW
13160 Mindanao Way Ste. 280
4 | Marina Del Rey, California 90292
Telephone (310) 693-5561
5 | vjdesimone@gmail.com
cds820@gmail.com
6 | rhall@bohmlaw.com
jleonard@bohmlaw.com
7 | VJD000095@bohmlaw.com

8 | Attorneys for All Plaintiffs

9 | DANA A. SUNTAG (SBN: 125127)
JOSHUA J. STEVENS (SBN: 238105)
10 | HERUM\CRABTREE\SUNTAG, LLP
3757 Pacific Avenue, Suite 222
11 | Stockton, California 95207
Telephone: (209) 472-7700
12 | dsuntag@herumcrabtree.com
jstevens@herumcrabtree.com
13
Attorneys for All Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KAREN SUTHERLAND, et al. | Case No.: 2:21-cv-01855-WBS-AC |
|---|---|
| Plaintiffs, | **STIPULATION FOR EXCHANGE OF INFORMATION;** |
| vs. | [~~PROPOSED~~] **ORDER** |
| CITY OF STOCKTON, et al. | |
| Defendants. | |

All parties, through their counsel of record, enter into this Stipulation.

<u>RECITALS</u>

A. On October 8, 2020, Shayne Allen Sutherland (the "Decedent") died in San Joaquin County, and his death is the subject of this lawsuit.

B. On October 9, 2020, San Joaquin County's Chief Medical Examiner, Michael D. Hunter, M.D., performed an autopsy on the Decedent's body, which included taking photographs and/or videos of the Decedent's body.

C. On October 13, 2020, on Plaintiffs' request, Bennet Omalu, M.D., performed a second autopsy of the Decedent, which included taking photographs and/or videos of the Decedent's body and tissue samples ("Dr. Omalu's Materials").

D. On September 22, 2023, Plaintiffs issued an expert disclosure that included Dr. Omalu as their retained forensic pathology expert, and Defendants issued an expert disclosure that included Jason Tovar, M.D., as their retained forensic pathology expert.

<u>STIPULATION</u>

The parties, through their undersigned counsel of record, agree as follows: Plaintiffs and their counsel will permit Dr. Tovar to examine Dr. Omalu's Materials taken during his second autopsy, at Dr. Omalu's office, 1621 Executive Court, Sacramento, California 95864 on November 27, 2023, starting at 9:00 a.m.

Dated: November 14, 2023

HERUM CRABTREE SUNTAG, LLP

By: <u>/s/ Joshua J. Stevens</u>
DANA A. SUNTAG
JOSHUA J. STEVENS
Attorneys for all Defendants

Dated: November 14, 2023

V. JAMES DESIMONE LAW

By: <u>/s/ V. James DeSimone</u>
V. JAMES DESIMONE
RYANN E. HALL
JENICA P. LEONARD
Attorneys for all Plaintiffs

**[PROPOSED] ORDER**

The Court, having considered the parties' stipulation, and good cause appearing, rules as follows: the relief the parties request is GRANTED.

Dr. Tovar is permitted to examine Dr. Omalu's Materials taken during his second autopsy, at Dr. Omalu's office, 1621 Executive Court, Sacramento, California 95864 on November 27, 2023, starting at 9:00 a.m. Should any issues arise, counsel for the parties shall meet and confer in good faith to resolve them.

**IT IS SO ORDERED.**

Dated: November 15, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE