V. JAMES DESIMONE (SBN: 119668)
CARMEN D. SABATER (SBN: 303546)
JENICA P. LEONARD (SBN: 245366)
V. JAMES DESIMONE LAW
13160 Mindanao Way Ste. 280
Marina Del Rey, California 90292
Telephone (310) 693-5561
vjdesimone@gmail.com
cds820@gmail.com
jleonard@bohmlaw.com
VJD000113@bohmlaw.com

Attorneys for All Plaintiffs

DANA A. SUNTAG, (SBN: 125127)
JOSHUA J. STEVENS, (SBN: 238105)
HERUM\CRABTREE\SUNTAG, LLP
3757 Pacific Avenue, Suite 222
Stockton, California 95207
Telephone: (209) 472-7700
dsuntag@herumcrabtree.com
jstevens@herumcrabtree.com

Attorneys for All Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KAREN SUTHERLAND, et al.<br><br>Plaintiffs,<br>vs.<br><br>CITY OF STOCKTON, et al.<br><br>Defendants. | Case No.: 2:21-cv-01855-WBS-AC<br><br>**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER**<br><br>[No hearing requested] |
|---|---|

All Plaintiffs and all Defendants, all through their undersigned counsel of record, stipulate as follows:

RECITALS

A. On October 4, 2021, Plaintiffs filed this lawsuit. Plaintiffs are suing under 42 U.S.C. Section 1983 regarding the death of an individual.

B. On July 12, 2022, the Court issued a Status (Pretrial Scheduling) Order scheduling a jury trial to begin on June 4, 2024, with a final pretrial conference scheduled for April 8, 2024. (ECF No. 26.)

C. On September 25, 2023, pursuant to the parties' stipulation, the Court issued an order amending the deadlines for the disclosure of expert witnesses and rebuttal expert witnesses, the discovery cut off, and the motion filing cutoff, but leaving the pretrial conference date and trial date intact. (ECF No. 46.)

D. Per the September 25, 2023, amended Scheduling Order, the discovery cutoff is December 18, 2023. Counsel have been diligently engaged in discovery, including both significant party discovery and third-party discovery. The parties have completed written discovery. There are several defense outstanding subpoenas to third parties. The only party deposition remaining to be completed is that of Plaintiff Karen Sutherland.

E. The parties exchanged expert disclosures. Plaintiffs designated four retained experts and four nonretained experts. Defendants designated six retained experts and six nonretained experts. Defense counsel have noticed and subpoenaed Plaintiffs' experts for deposition. Plaintiffs' counsel intends to conduct depositions of one or more of Defendants' experts. Expert depositions are scheduled to start on November 30, 2023.

F. On November 29, 2023, counsel discussed and agreed to go to mediation to attempt to settle this case. The parties intend to schedule the mediation to occur as soon as feasible.

STIPULATION TO MODIFY SCHEDULING
ORDER AND ORDER

G. The parties wish to extend the discovery cut off and all subsequent deadlines to allow them to focus their time and resources on settlement. This is especially true with respect to the multiple expert depositions to be conducted, as these create a large expense for both sides. The parties wish to defer those depositions pending a mediation.

H. The parties respectfully request a continuance of the upcoming dates in the Scheduling Order for this purpose.

I. When an act must be done within a specified time, the Court may, for good cause, extend the time with or without motion if the court acts, or a request is made, before the original time expires. Fed. R. Civ. P. 6(b)(1)(A). With respect to an order setting forth the Court's pretrial schedule, "[t]he district court may modify the pretrial schedule 'if it cannot be reasonably met despite the diligence of the party seeking the amendment.'" *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

## STIPULATION

The parties, by and through their undersigned counsel, respectfully request the Court modify the Scheduling Order as follows:

| Matter | Current Date | Proposed Date |
|---|---|---|
| Cutoff of All Remaining Discovery (depositions and third party discovery only) | 12/18/2023 | 3/25/24 |
| Motion Filing Cutoff Date | 2/6/2024 | 6/4/2024 |
| Final Pretrial Conference | 4/8/2024 | 8/26/2024 |
| Trial | 6/4/2024 | 10/22/2024 |

STIPULATION TO MODIFY SCHEDULING
ORDER AND ORDER

Respectfully Submitted,

Dated: November 29, 2023                    HERUM CRABTREE SUNTAG, LLP

By: ___/s/ Joshua J. Stevens___
    DANA A. SUNTAG
    JOSHUA J. STEVENS
    Attorneys for all Defendants

Dated November 29, 2023                     V. JAMES DESIMONE LAW

By: ___/s/ V. James DeSimone___
    V. JAMES DESIMONE
    JENICA P. LEONARD
    Attorneys for all Plaintiffs

## ORDER

The Court, having considered the parties' stipulation, and good cause appearing, rules as follows:

The relief the parties request is GRANTED, and the Scheduling Order is modified as follows:

| Matter | Current Date | New Date |
|---|---|---|
| Cutoff of All Remaining Discovery (depositions and third party discovery only) | 12/18/2023 | 3/25/24 |
| Motion Filing Cutoff Date | 2/6/2024 | 6/4/2024 |
| Final Pretrial Conference | 4/8/2024 | 8/26/2024 at 1:30 p.m. |
| Jury Trial | 6/4/2024 | 10/22/2024 at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: November 30, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE