1  V. JAMES DESIMONE (SBN: 119668)
   CARMEN D. SABATER (SBN: 303546)
2  JENICA P. LEONARD (SBN: 245366)
   V. JAMES DESIMONE LAW
3  13160 Mindanao Way Ste. 280
   Marina Del Rey, California 90292
4  Telephone (310) 693-5561
   vjdesimone@gmail.com
5  cds820@gmail.com
   jleonard@bohmlaw.com
6  VJD000095@bohmlaw.com

7  Attorneys for All Plaintiffs

8  DANA A. SUNTAG, (SBN: 125127)
   JOSHUA J. STEVENS, (SBN: 238105)
9  HERUM\CRABTREE\SUNTAG, LLP
   3757 Pacific Avenue, Suite 222
10 Stockton, California 95207
   Telephone: (209) 472-7700
11 dsuntag@herumcrabtree.com
   jstevens@herumcrabtree.com
12
   Attorneys for All Defendants
13
                    UNITED STATES DISTRICT COURT
14
                    EASTERN DISTRICT OF CALIFORNIA
15

16 | KAREN SUTHERLAND, et al. | Case No.: 2:21-cv-01855-WBS-AC |

17 |         Plaintiffs,       | **STIPULATION AND [~~PROPOSED~~]** |
   |         vs.               | **ORDER TO CONDUCT THE**           |
18 | CITY OF STOCKTON, et al.  | **DEPOSITIONS OF KAREN**           |
   |                           | **SUTHERLAND, MARTIN L.**          |
19 |         Defendants.       | **CHENEVERT, M.D., AND DANIEL**    |
   |                           | **WOHLGELERNTER, M.D. BY**         |
20 |                           | **REMOTE MEANS**                   |

21

22

23

24

25

26

27

28

STIPULATION FOR REMOTE DEPOSITIONS

All parties, through their undersigned counsel of record, stipulate as follows:

## RECITALS

A. Federal Rule of Civil Procedure 30(b)(4) states parties may stipulate a deposition be taken by remote means.

B. Local Rule 143(a)(1) states stipulations shall be in writing, signed by all attorneys, and filed.

## STIPULATION

1. The parties, by and through their undersigned counsel, agree the following depositions may be conducted by remote means:

| Deponent | Date | Time | Remote Platform |
|---|---|---|---|
| Karen Sutherland | February 16, 2024 | 9:00 A.M. | Zoom |
| Martin L. Chenevert, M.D. | February 23, 2024 | 10:00 A.M. | Zoom |
| Daniel Wohlgelernter, M.D. | March 11, 2024 | 3:00 P.M. | Zoom |

2. Plaintiffs will produce the deponents at the dates and times specified and through Zoom.

Dated: January 4, 2024                HERUM CRABTREE SUNTAG, LLP

                                      By:   /s/ Joshua J. Stevens
                                            DANA A. SUNTAG
                                            JOSHUA J. STEVENS
                                            Attorneys for all Defendants

Dated: January 4, 2024                V. JAMES DESIMONE LAW

                                      By:   /s/ V, James DeSimone
                                            V. JAMES DESIMONE
                                            JENICA P. LEONARD
                                            Attorneys for all Plaintiffs

STIPULATION FOR REMOTE DEPOSITIONS

**[PROPOSED ORDER]**

The Court, having considered the stipulation, and finding good cause, rules as follows:

1. The following depositions shall be conducted by remote means:

| Deponent | Date | Time | Remote Platform |
|---|---|---|---|
| Karen Sutherland | February 16, 2024 | 9:00 A.M. | Zoom |
| Martin L. Chenevert, M.D. | February 23, 2024 | 10:00 A.M. | Zoom |
| Daniel Wohlgelernter, M.D. | March 11, 2024 | 3:00 P.M. | Zoom |

2. Plaintiffs shall produce the deponents at the dates and times specified and through Zoom.

**IT IS SO ORDERED.**

Dated: January 4, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE