1  V. JAMES DESIMONE (SBN: 119668)
   CARMEN D. SABATER (SBN: 303546)
2  RYANN E. HALL (SBN: 306080)
   JENICA P. LEONARD (SBN: 245366)
3  V. JAMES DESIMONE LAW
   13160 Mindanao Way Ste. 280
4  Marina Del Rey, California 90292
   Telephone (310) 693-5561
5  vjdesimone@gmail.com
   cds820@gmail.com
6  rhall@bohmlaw.com
   jleonard@bohmlaw.com
7  VJD000095@bohmlaw.com

8  Attorneys for All Plaintiffs

9  DANA A. SUNTAG (SBN: 125127)
   JOSHUA J. STEVENS (SBN: 238105)
10 HERUM\CRABTREE\SUNTAG, LLP
   3757 Pacific Avenue, Suite 222
11 Stockton, California 95207
   Telephone: (209) 472-7700
12 dsuntag@herumcrabtree.com
   jstevens@herumcrabtree.com
13
   Attorneys for All Defendants
14
                    UNITED STATES DISTRICT COURT
15
                   EASTERN DISTRICT OF CALIFORNIA
16

17 KAREN SUTHERLAND, et al.              **Case No.: 2:21-cv-01855-WBS-AC**

18              Plaintiffs,              **STIPULATION RE CELL PHONE
        vs.                             EVIDENCE;**
19                                       **[~~PROPOSED~~] ORDER**
   CITY OF STOCKTON, et al.
20
                Defendants.
21

22

23

24

25

26

27

28

STIPULATION AND ORDER RE CELL PHONE EVIDENCE

HERUM \ CRABTREE \ SUNTAG
ATTORNEYS

1    All parties, through their counsel of record, enter into this Stipulation.

2    <u>RECITALS</u>

3    A.      On September 29, 2023, Defendants' counsel deposed third party witness

4    Brian Roa, in the presence of Plaintiffs' counsel, and Mr. Roa delivered his cell phone to

5    Defendants' counsel so Defendants' counsel could have the information on it extracted.

6    B.      Information from the cell phone may be relevant, and one or more parties

7    may want to use such information at trial or in connection with a motion.

8    C.      Defendants' counsel hired a third party professional, Jim Cook, Premier

9    Cellular  Mapping  &  Analytics,  P.O.  Box  187,  Ripon,  California  95366;

10   telephone: (209) 606-2665; email: jim@premiercma.com, to extract the information from

11   Mr. Roa's phone using Cellebrite software, and Mr. Cook performed this service.

12   D.      On December 13, 2023, Defendants' counsel provided Plaintiffs' counsel

13   with a copy of their Cellebrite extraction of Brian Roa's phone. Accordingly, both sides'

14   counsel now have identical information with respect to Mr. Roa's cell phone.

15   E.      Defendants'  counsel  want  to  return  Mr.  Roa's  cell  phone  to  him  and

16   Plaintiffs' counsel do not object to that.

17   F.      The parties wish to leave open the possibility of offering evidence from the

18   cell phone without actual possession of the cell phone.

19   <u>STIPULATION</u>

20   The parties, through their undersigned counsel of record, agree as follows:

21   1.      Defendants' counsel will return Mr. Roa's cell phone to him.

22   2.      Any  party  may  offer  evidence  from  Mr.  Roa's  cell  phone  at  trial  or  in

23   connection with any motion without actual possession of the cell phone.

24

25

26

27

28



2

STIPULATION AND ORDER RE CELL PHONE EVIDENCE

3.    No party waives any other objection or challenge to the admissibility of evidence from their respective Cellebrite extractions of Mr. Roa's phone.

Dated: January 18, 2024                    HERUM CRABTREE SUNTAG, LLP

By:   /s/ Joshua J. Stevens
DANA A. SUNTAG
JOSHUA J. STEVENS
Attorneys for all Defendants

Dated: January 18, 2024                    V. JAMES DESIMONE LAW

By:   /s/  Jenica P. Leonard
V. JAMES DESIMONE
RYANN E. HALL
JENICA P. LEONARD
Attorneys for all Plaintiffs

## [PROPOSED] ORDER

The Court, having considered the parties' stipulation, and good cause appearing, rules as follows: the relief the parties request is GRANTED.

**IT IS SO ORDERED.**

Dated: January 24, 2024      _____
HON. ALLISON CLAIRE
United States Magistrate Judge

3

STIPULATION AND ORDER RE CELL PHONE EVIDENCE