V. JAMES DESIMONE (SBN: 119668)
CARMEN D. SABATER (SBN: 303546)
JENICA P. LEONARD (SBN: 245366)
V. JAMES DESIMONE LAW
13160 Mindanao Way Ste. 280
Marina Del Rey, California 90292
Telephone (310) 693-5561
vjdesimone@gmail.com
cds820@gmail.com
jleonard@bohmlaw.com
VJD000113@bohmlaw.com

Attorneys for All Plaintiffs

DANA A. SUNTAG, (SBN: 125127)
JOSHUA J. STEVENS, (SBN: 238105)
HERUM\CRABTREE\SUNTAG, LLP
5757 Pacific Avenue, Suite 222
Stockton, California 95207
Telephone: (209) 472-7700
dsuntag@herumcrabtree.com
jstevens@herumcrabtree.com

Attorneys for All Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN SUTHERLAND, et al.<br><br>      Plaintiffs,<br>vs.<br><br>CITY OF STOCKTON, et al.<br><br>      Defendants. | Case No.: 2:21-cv-01855-WBS-AC<br><br>**STIPULATION TO VACATE DATES IN SCHEDULING ORDER AND STAY CASE PENDING SETTLEMENT; ORDER**<br><br>[No hearing requested] |

1

STIPULATION AND ORDER TO VACATE DATES AND STAY CASE

1  All Plaintiffs and all Defendants, all through their undersigned counsel of record, stipulate as follows:

## RECITALS

A. On October 4, 2021, Plaintiffs filed this lawsuit. Plaintiffs are suing under 42 U.S.C. Section 1983 regarding the death of an individual.

B. The operative Scheduling Order, filed December 1, 2023 (ECF 57), sets the following dates:

| | |
|---|---|
| Percipient and Expert Discovery Cutoff: | March 25, 2024 |
| Motion Filing Cutoff: | June 4, 2024 |
| Final Pretrial Conference: | August 26, 2024 |
| Trial: | October 22, 2024 |

C. On February 1, 2024, the parties mediated this case with Tamara Lange of JAMS and reached a settlement in principle of the entire case. The parties documented their settlement in a binding term sheet. The settlement is subject to formal approval by the City of Stockton City Council, scheduled for March 12, 2024, and formal approval by the California Joint Powers Risk Management Authority Board of Directors, scheduled for March 21, 2024, and an order granting a minors' compromise, which Plaintiffs will file with this Court shortly. The settlement contemplates a dismissal with prejudice of the entire case, each side to bear its own fees and costs.

D. To avoid the large expense the parties would need to incur to conduct depositions of the 20 experts who have been disclosed, as well as litigation over a potentially dispositive motion Defendants otherwise would file, and the Court's resources in dealing with the dispositive motion, any discovery issues, and the final pretrial conference, the parties respectfully request the Court vacate all the dates in the Scheduling Order and stay the case pending settlement. The parties do not anticipate the settlement not proceeding as planned, but if that happens the parties will promptly notify the Court so the Court can reschedule dates.

## STIPULATION

IT IS STIPULATED AND AGREED, by all parties, through their counsel of record, that the Court vacate all the dates in the Scheduling Order and stay the case pending a final settlement.

Respectfully Submitted,

Dated: February 6, 2024                                HERUM CRABTREE SUNTAG, LLP

By: _/s/ Joshua J. Stevens_
     DANA A. SUNTAG
     JOSHUA J. STEVENS
     Attorneys for all Defendants

Dated February 6, 2024                                 V. JAMES DESIMONE LAW

By: _/s/ Jenica P. Leonard_
     V. JAMES DESIMONE
     JENICA P. LEONARD
     Attorneys for all Plaintiffs

## SIGNATURE ATTESTATION

Pursuant to Eastern District of California Local Rule 131(e), I attest that I obtained authorization to place Plaintiffs' counsel's e-signature on this document and to file this document with the Court.

By: _/s/ - Joshua J. Stevens_
     Joshua J. Stevens

## ORDER

The Court, having considered the above stipulation, and good cause appearing, rules as follows:

The relief the parties request is GRANTED. All dates in the Scheduling Order filed on December 1, 2023, are vacated and the case is stayed pending the parties' finalization of their settlement. A Status Conference Re Status of Settlement is set in



1  this action for **May 20, 2024 at 1:30 p.m.**   A joint status report shall be filed no later
2  than **May 6, 2024**.
3       IT IS SO ORDERED.
4  Dated:  February 7, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE



4

STIPULATION AND ORDER TO VACATE DATES AND STAY CASE