V. James DeSimone (SBN: 119668)
**vjdesimone@gmail.com**
Carmen D. Sabater (SBN: 303546)
**cds820@gmail.com**
Jenica P. Leonard (SBN: 245366) *Of Counsel*
**jleonard@bohmlaw.com**
**V. JAMES DESIMONE LAW**
13160 Mindanao Way Suite 280
Marina Del Rey, California 90292
Telephone: (310) 693-5561
Email: **VJD000113@bohmlaw.com**

Attorneys for Plaintiffs,
KAREN SUTHERLAND, mother of deceased; ERICA RAE BELATTI, GUARDIAN AD LITEM FOR S.A.S., Jr., son of deceased; and D.J.S., daughter of the deceased.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN SUTHERLAND, as mother of decedent; ERICA RAE BELATTI, Guardian Ad Litem for S.A.S., JR., son of decedent, and as a successor in interest to the deceased; and D.J.S., daughter of decedent, and as a successor in interest to the deceased,<br><br>        Plaintiffs,<br><br>        vs.<br><br>CITY OF STOCKTON; OFFICER RONALD ZALUNARDO, in his individual capacity; OFFICER JOHN AFANASIEV, in his individual; CHIEF ERIC JONES, in his individual capacity; and DOES 1-5, inclusive.<br><br>        Defendants. | Case No.: 2:21-CV-01855-WBS-AC<br><br>**PLAINTIFFS' AMENDED NOTICE OF MOTION FOR PETITION FOR ORDER APPROVING COMPROMISE OF MINORS' CLAIMS**<br><br>*Assigned to Judge William B. Shubb, Courtroom 5*<br><br>Action Filed: October 4, 2021<br>Hearing Date: May 28, 2024<br>Hearing Time: 1:30pm |

**TO THE HONORABLE COURT:**

Plaintiffs' S.A.S, Jr. and D.J.S., by and through their

Guardian *ad Litem*, ERICA RAE BELATTI, submit this Amended Notice of Motion for Plaintiffs' Petition for Order Approving Compromise of Minors' Claims. The hearing date for Plaintiffs' Petition for Order Approving Compromise of Minors' Claims is hereby set for Tuesday, May 28th, at 1:30pm at 501 I Street, Sacramento, California, 95814, in front of Judge William B. Shubb in Courtroom 5.

Date: April 24, 2024        **V. JAMES DESIMONE LAW**

By: _____
V. JAMES DESIMONE, ESQ.
CARMEN D. SABATER, ESQ.
JENICA P. LEONARD, ESQ.

Attorneys for Plaintiffs, KAREN SUTHERLAND, mother of Deceased; ERICA BELATTI, GUARDIAN AD LITEM for S.A.S., Jr., son of deceased; and D.J.S., daughter of the deceased.